Robert B. Wilson
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

CHRISTOPHER FRANKLIN WALKER

CASE NO: 14-70283-HDH-13
HEARING DATE:  11/19/2014
HEARING TIME:   10:00am

**TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION PRIOR TO CREDITOR MEETING AND OR REDUCE ATTORNEY FEES**

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2014-03 and would respectively show unto to the Court as follows:

Delay prejudicial to creditors for failure to provide;

Home Insurance.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Robert B. Wilson
_____
Robert B. Wilson
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 11/19/2014 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

CHRISTOPHER FRANKLIN WALKER 1302 POLK  WICHITA FALLS TX 76309

Date:    9/30/2014                                                                      /s/ Robert B. Wilson
                                                                                        _____
                                                                                        Robert B. Wilson
                                                                                        Chapter 13 Trustee